**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs Erikka Skinner and Ann Kenney*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKKA SKINNER, ANN KENNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KEN'S FOODS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00846<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Erikka Skinner and Ann Kenney, individually and on behalf of all others similarly situated ("Plaintiffs"), by and through their counsel, Shireen M. Clarkson, Ryan J. Clarkson, and Bahar Sodaify of Clarkson Law Firm, P.C., hereby voluntarily dismiss in their entirety all claims in this action against Defendant Ken's Foods, Inc. ("Defendant").

Plaintiffs have the right to voluntarily dismiss this action because Defendant has not served either an answer or motion for summary judgment in this case. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this matter may be dismissed without prejudice and without court order.

DATED: February 5, 2018                     **CLARKSON LAW FIRM, P.C.**

/s/ *Shireen M. Clarkson*

Ryan J. Clarkson, Esq.
Shireen M. Clarkson, Esq.
Bahar Sodaify, Esq.

*Attorneys for the Plaintiff Erikka Skinner and Ann Kenney*